UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

| | |
|---|---|
| RICHARD MORGAN, | Case No. 07cv1718 JM (AJB) |
| Plaintiff, | |
| vs. | **ORDER ON JOINT MOTION FOR DISMISSAL [Doc 27]** |
| PANDA EXPRESS, INC., et al. | |
| Defendants. | |

## ORDER ON JOINT MOTION FOR DISMISSAL

Having read the foregoing Joint Motion, and good cause appearing therefore, the Court GRANTS the Joint Motion and dismisses the above-captioned action with prejudice. The Clerk is directed to close this file.

Dated: March 20, 2008

_____
Judge of the District Court